# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Nielson, Michael J        Docket No.    0980 4:15CR06014-EFS-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW    Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michael J. Nielson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 13th day of May 2015, under the following conditions:

<u>Condition #22</u>: Defendant shall not directly or indirectly use, access, or possess a computer or electronic media, including any devices, televisions, and cellular phones, with internet capabilities, without the prior approval of Pretrial Services. All computers shall be removed from the residence. All other electronic media possessed by other residences of the home shall be password protected.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation #1</u>: On or about October 21, 2015, the defendant was found to have unrestricted access to a device with internet access.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    October 21, 2015

by    s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[XX]   Defendant to appear before the Magistrate Judge.
[ ]    Other

*Edward F. Shea*

Signature of Judicial Officer
October 22, 2015

Date